UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| Plaintiff, | ) **'08 MJ 1641** |
| v. | ) COMPLAINT FOR VIOLATION OF: |
| **Eliseo GOMEZ-Madrigal,** | ) Title 8, U.S.C., Section 1326 |
| | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

The undersigned complainant, being duly sworn, states:

On or about **May 24, 2008** within the Southern District of California, defendant, **Eliseo GOMEZ-Madrigal,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley  JAMES E. BAILEY
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **MAY 2008.**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Eliseo GOMEZ-Madrigal

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 24, 2008, at approximately 12:30 a. m., Scope Operator Senior Patrol Agent C. Loy notified Chula Vista Border Patrol Agents, via DHS service radio, of three suspected undocumented illegal aliens walking northbound in an area commonly known to the agents as, "Otay Valley." This area is approximately a half mile east of the Otay Mesa, California Port of Entry and three miles north of the United States/Mexico international boundary fence. Border Patrol Agent J. C. Sanchez, assigned uniformed line watch duties in the Chula Vista Station's area of responsibility, acknowledged the transmission and responded to that area. There, Agent Sanchez observed three individuals running northbound. After a brief chase, Agent Sanchez approached the individuals identified himself as a United States Border Patrol Agent and questioned them as to their nationality and citizenship. All individuals, including one later identified as the defendant **Eliseo GOMEZ-Madrigal** responded "Mexico." When asked if they possessed immigration documents to enter or remain in the United States legally, they stated, "No." At approximately 1:00 a. m., all individuals were placed under arrest and were transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on January 15, 2008 through Brownsville, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and that he was willing to answer questions without an attorney present. The defendant again freely admitted to being a citizen and national of Mexico and that he possessed no immigration documentation permitting him to enter or remain in the United States legally.

**Executed on May 24, 2008 at 9:30 a.m..**

Tomas M. Jimenez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **May 24, 2008**, in violation of Title 8, United States Code, Section 1326.

Jan M. Adler
United States Magistrate Judge

5/24/08 @ 1:04 p.m.
Date/Time